UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. McAVOY, CLERK

MARILU FLORES, individually,

Plaintiff,

v.

SCHINDLER ELEVATOR CORPORATION, a Foreign Corporation, DOE CORPORATION I, a Washington Corporation, and DOE CORPORATION II, a Washington Corporation,

Defendants.

No.  4:25-CV-05064-ACE

ORDER GRANTING STIPULATION OF DISMISSAL

**ECF No. 16**

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice.  ECF No. 16.  John S. Feldmann represents Plaintiff; Defendants are represented by Daniel Rankin and Eric P. Gillett.  The Court has reviewed the pending stipulation and is fully informed.  Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.    The parties' stipulation of dismissal, **ECF No. 16**, is **GRANTED**.

2.    Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3.    Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED March 9, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1